No. 9. Rowley, Treasurer, *v.* Chicago & Northwestern Railway Co. December 3, 1934. Ordered that in this cause the opinion announced November 5, 1934 be and hereby it is amended by inserting at the end and

before the words " Decree reversed " these words: " The district court may cause to be corrected the error in calculation referred to in marginal note 2." Opinion reported as amended, *ante,* p. 102.